UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEROY HAMPTON,<br><br>  Plaintiff,<br><br>  v.<br><br>KIWANA HILL, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00518-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. No. 29) |

Pending before the Court is Defendants' ex parte application to modify the scheduling order. (Doc. No. 29). Defendants requested that the Court vacate the motion for summary judgment deadline for failure to exhaust administrative remedies, set for April 2, 2025 (Doc. No. 26), and permit Defendants to bring their exhaustion-based motion on the deadline for dispositive motions, set for December 3, 2025 (Doc. No. 22 at 4). (Doc. No. 29 at 1). Defense counsel argued this extension is warranted, as a review of documents has revealed a narrower scope of the exhaustion defense that necessitates additional details from Plaintiff's deposition. (*Id*. at 1-2). Counsel further contends that combining these motions into a single motion for summary judgment by the existing December 3, 2025 deadline would enhance efficiency for both the Court and the parties. (*Id*. at 2).

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made

after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent. The Court finds good cause to grant the Motion.

Finding good cause, the Court grants the Motion. Fed. R. Civ. P. 16(b)(4). The Court modifies the deadlines in the Court's discovery and scheduling orders (Doc. Nos. 22, 26) as follows:

Accordingly, it is **ORDERED**:

1. Defendants' Motion (Doc. No. 29) is GRANTED.
2. The deadline to file an exhaustion-based motion for summary judgment is extended to December 3, 2025.
3. All other deadlines and provisions set forth in the Case Management and Scheduling Order issued on December 3, 2024 (Docs. No. 22) remain the same.

Dated:    March 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE