UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEROY HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES, et al.,<br><br>Defendants. | Case No. 1:22-cv-00518-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE MOTION<br><br>(Doc. No. 34) |

Pending before the Court is Defendants U. Baniga, T. Gabbard, S. Onyango, N. Holmes, and K. Hill's ex parte motion for leave to file a memorandum of points and authorities in excess of the twenty-five (25) page limit filed on November 12, 2025. (Doc No. 34). Defendants request to exceed the page limit specified in the Court's Case Management and Scheduling Order[1] by five (5) pages because Defendants' anticipated motion for summary judgment will

---

[1] Specifically, in pertinent part, the Case Management and Scheduling Order provides:

> In addition to complying with the applicable rules, a motion and incorporated memorandum and any responses in opposition shall not exceed twenty-five (25) pages in length, exclusive of exhibits. A moving party's reply brief shall not exceed seven (7) pages in length. A party must move and show good cause for exceeding these page limitations before filing a motion in excess of these pages. Any motions filed in excess of these page limitations may be struck.

(Doc. No. 22 at 4:11-15).

address both exhaustion and the merits of Plaintiff's Eighth Amendment claims.  (*Id.* at 2).  The Court finds good cause to grant Defendants' ex parte motion.

Accordingly, it is so **ORDERED**:

Defendants' ex parte motion (Doc. No. 34) is **GRANTED** and Defendants' memorandum of points and authorities in support of their motion for summary judgment may not exceed thirty (30) pages.

Dated:     November 17, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE